AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ COLORADO

UNITED STATES OF AMERICA

V.

STEPHANIE K. HORBATT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 09-po-00014-LTM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Laird T. Milburn           Magistrate Judge
Name of Judge              Title of Judge

4/16/2009
Date